UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00438-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK LEE SWANTZ,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, December 21, 2007,** and responses to these motions shall be filed by **Friday, January 4, 2008.** It is

FURTHER ORDERED that counsel will notify the Court if a hearing on pending motions, if any, and final trial preparation conference is necessary. It is

FURTHER ORDERED that a 10-day jury trial is set for **Monday, January 14, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: November 16, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge