UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00438-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK LEE SWANTZ,

    Defendant.
_____

**ORDER**
_____

    This matter comes before the Court on the Government's Motion to Disclose Materials Obtained Through Grand Jury Investigation To Defendant Derrick Lee Swantz (docket #44), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

    HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the same, and it is therefore ORDERED that the government's motion is granted, and that documents obtained through the grand jury investigation may be disclosed to the defendant Derrick Lee Swantz and his counsel. It is

    FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendant and his counsel; that the defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States

at the end of the case.

Dated: May 30, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge