IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | June 3, 2008 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

Criminal Case No. **07-cr-00438-WYD**        Counsel:

UNITED STATES OF AMERICA,                Suneeta Hazra

      Plaintiff,

v.

**1. DERRICK LEE SWANTZ** ,                Matthew C. Golla

      Defendant.

## COURTROOM MINUTES

**STATUS CONFERENCE**

**10:03 a.m.**   Court in Session - Defendant present (on-bond)

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

      Defendant's Motion for Disclosure of 404(b) Evidence (#30 - 5/5/08) is raised for argument.

10:03 a.m.   Argument by Defendant (Mr. Golla).

10:04 a.m.   Argument by Government (Ms. Hazra).

| | |
|---|---|
| **ORDERED:** | Defendant's Motion for Disclosure of 404(b) Evidence (#30 - 5/5/08) is **DENIED AS MOOT.** |
| **ORDERED:** | Government shall file Notice of 404(b) Evidence not later than **Monday, June 30, 2008.** |
| **ORDERED:** | Defendant shall file response to Government's Notice of 404(b) Evidence not later than **Monday, July 14, 2008.** |
| | Defendant's Motion for Discovery (#31 - 5/5/08) is raised for argument. |
| 10:05 a.m. | Argument by Defendant (Mr. Golla). |
| **ORDERED:** | Defendant's Motion for Discovery (#31 - 5/5/08) is **DENIED AS MOOT.** |
| 10:07 a.m. | Discussion regarding setting the case for trial and speedy trial calculations. |
| **ORDERED:** | 10-day trial to jury is set to commence on **Monday, September 15, 2008, at 9:00 a.m., in courtroom A-1002.** |
| **ORDERED:** | Final trial preparation conference is set for **Tuesday, September 9, 2008, at 4:00 p.m., in courtroom A-1002.** |
| | Court finds that defendant is not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.** |
| **10:20 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  0:17**