UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00438-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK LEE SWANTZ,

    Defendant.
_____

**ORDER**
_____

THIS MATTER came before the Court for a status conference on Tuesday, June 3, 2008. After carefully reviewing the pleadings and considering the arguments presented by the Government and the Defendant at the status conference, I order the following for the reasons stated on the record:

It is ORDERED that the Defendant's Motion/Request for Pretrial Notice of 404(b) Evidence (docket #30), filed May 5, 2008, is **DENIED AS MOOT.** It is

FURTHER ORDERED that the Government shall file any notice of Rule 404(b) evidence not later than **Monday, June 30, 2008.** The Defendant's response shall be filed not later than **Monday, July 14, 2008.** It is

FURTHER ORDERED that the Defendant's Motion for Discovery (docket #31), filed May 5, 2008, is **DENIED AS MOOT** as the Defendant stated that all discovery matters have been resolved. It is

FURTHER ORDERED that a ten-day jury trial is set for **Monday, September 15,**

**2008 at 9:00 a.m.** It is

FURTHER ORDERED that a final trial preparation conference is set for **Tuesday, September 9, 2008 at 4:00 p.m.** It is

FURTHER ORDERED that the parties shall comply with all other deadlines and directives mandated by me at the final trial preparation conference or set forth in my practice standards.

Dated: June 5, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge